UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.,

Defendants.
_________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Conspiracy to Interfere with Commerce by Robbery)**

Beginning not later than August 24, 2026, and continuing through on or about September 19, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.

knowingly and intentionally combined, conspired, confederated, and agreed with each other, and with other persons known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, and to commit and threaten physical violence to other persons in furtherance of a plan and purpose to commit such a robbery.

18 U.S.C. § 1951(a), (b)

**COUNT 2**
**(Interference with Commerce by Robbery)**

On or about August 24, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.

knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in such commerce by robbery, and aided and abetted the same, in that DAVID JAMES FERNANDEZ and MATTHEW EMMANUEL MACON, JR. unlawfully took and obtained property consisting of cash and vape merchandise from the presence of employees, and against their will, by means of actual and threatened force, violence, and fear of injury to their persons, and aided and abetted the same, while the employees were engaged in commercial activities as employees of Puff Puff Tobacco in Lansing, Michigan, a business that was engaged in and that affects interstate commerce.

18 U.S.C. § 1951(a), (b)
18 U.S.C. § 2

**COUNT 3**
**(Brandishing a Firearm During and in Relation to a Crime of Violence)**

On or about August 24, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.

during and in relation to the crime of violence charged in Count 2, Interference with Commerce by Robbery, knowingly brandished, used, and carried a Taurus pistol, and aided and abetted the same.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

**COUNT 4**
**(Interference with Commerce by Robbery)**

On or about September 19, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.

knowingly obstructed, delayed, and affected commerce and the movement of articles and commodities in such commerce by robbery, and aided and abetted the same, in that DAVID JAMES FERNANDEZ and MATTHEW EMMANUEL MACON, JR., unlawfully took and obtained property consisting of cash and vape merchandise from the presence of an employee, and against his will, by means of actual and threatened force, violence, and fear of injury to his person, and aided and abetted the same, while the employee was engaged in commercial activities as an employee of Puff Puff Tobacco in Okemos, Michigan, a business that was engaged in and that affects interstate commerce.

18 U.S.C. § 1951(a), (b)
18 U.S.C. § 2

**COUNT 5**
**(Brandishing a Firearm During and in Relation to a Crime of Violence)**

On or about September 19, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.,

during and in relation to the crime of violence charged in Count 4, Interference with Commerce by Robbery, knowingly brandished, used, and carried a Taurus pistol, and aided and abetted the same.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT 6
## (Possession of Firearm with an Obliterated Serial Number)

From on or about August 22, 2026 through on or about October 27, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

MATTHEW EMMANUEL MACON, JR.

knowingly possessed a firearm, that is, a loaded Taurus G2C 9 mm pistol seized on October 27, 2026, that had been shipped and transported in interstate or foreign commerce and the defendant knew that the manufacturer's serial number had been removed, altered, and obliterated.

18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(1)(B)

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of racketeering in violation of 18 U.S.C. § 1951 set forth in Counts One and Two of this Indictment, the defendantS,

DAVID JAMES FERNANDEZ and
MATTHEW EMMANUEL MACON, JR.,

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violations. The property to be forfeited includes, but is not limited to: a sum of money equal to the value of any property real or personal, which represents the proceeds traceable to the offenses charged in Counts One and Two.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461(c)
21 U.S.C. § 853(p)
18 U.S.C. § 1951

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

JULIA M. RUGG
Assistant United States Attorney